**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27539-CIV-GAYLES**

**JOSE MAURICIO SAMAYOA CALDERON,**

**Petitioner,**

**v.**

**KROME NORTH SERVICE PROCESSING CENTER,**

**Respondent.**

_______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Petitioner Jose Mauricio Samayoa Calderon's *pro se* Emergency[1] Motion for Expedite Consideration and Immediate Release. [ECF No. 3]. On October 23, 2026, Petitioner filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [ECF No. 1]. He challenges his detention by U.S. Immigration and Customs Enforcement (ICE) at Krome North Service Processing Center in Miami. *See generally id.* The instant Motion requests that the Court: "(1) expedite initial review; (2) order Respondent to promptly show cause and provide custody records; (3) order immediate release if detention is found unlawful; (4) alternatively require prompt lawful custody review if appropriate; and (5) grant other just relief." [ECF No. 3 at 1].

The Court denies the Motion because most, if not all, of the relief Petitioner seeks will be addressed through the Court's forthcoming Order to Show Cause and the subsequent Response,

[1] The Court will not consider this Motion an "emergency" filing. The Local Rules require a party filing an emergency motion to certify that the motion "in fact presents a true emergency" and "requires an immediate ruling because the Court would not be able to provide meaningful relief . . . after the expiration of seven days." S.D. Fla. L.R. 7.1(d)(1). Petitioner did not certify that his Motion was a true emergency and has therefore violated Local Rule 7.1(d).

which must be filed within five days of the Order to Show Cause. Specifically, the Response to the Order to Show Cause will set forth the legal and factual grounds supporting or opposing Petitioner's entitlement to a release from ICE custody and will include records documenting Petitioner's immigration history. Petitioner will then have an opportunity to file a Reply. After reviewing the parties' submissions, the Court will consider the merits of the Petition and determine whether Petitioner is entitled to the requested relief. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [ECF No. 3] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Jose Mauricio Samayoa Calderon**
A# not provided
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
*PRO SE*

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov